COMMONWEALTH *vs.* FRITZ S. SAINTHELMY, JR. Reported below: 44 Mass. App. Ct. 1112 (1998).

COMMONWEALTH *vs.* ERNESTO SANTIAGO. Reported below: 44 Mass. App. Ct. 1116 (1998).

COMMONWEALTH *vs.* MICHAEL J. SASEN. Reported below: 44 Mass. App. Ct. 1114 (1998).

COMMONWEALTH *vs.* WESTON J. STOW (No. 1). Reported below: 44 Mass. App. Ct. 1105 (1997).

COMMONWEALTH *vs.* WESTON J. STOW (No. 2). Reported below: 44 Mass. App. Ct. 1105 (1997).

COMMONWEALTH *vs.* RONALD D. WALLACE, JR. Reported below: 44 Mass. App. Ct. 1117 (1998).

COMMONWEALTH *vs.* THOMAS F. WOODS. Reported below: 44 Mass. App. Ct. 1119 (1998).

COMMONWEALTH *vs.* MAURICE WYNN. Reported below: 44 Mass. App. Ct. 1114 (1998).

JAMES FLETCHER & others *vs.* PLANNING BOARD OF HUBBARDSTON & another. Reported below: 44 Mass. App. Ct. 1115 (1998).

GERALD D. McLELLAN & another *vs.* SUSAN KARGER. Reported below: 44 Mass. App. Ct. 1114 (1998).

RAYMOND E. SHEA *vs.* COMMISSIONER OF REVENUE. Reported below: 44 Mass. App. Ct. 1116 (1998).

GENEVIEVE TRIO & another *vs.* ORIGINAL ITALIAN PASTA PRODUCTS & another. Reported below: 44 Mass. App. Ct. 1115 (1998).


April 28, 1998

*Further appellate review granted:*

ELAINE BRUM *vs.* TOWN OF DARTMOUTH & others. Reported below: 44 Mass. App. Ct. 318 (1998).

JER SKW SERVICES, INC. *vs.* RICHARD A. GOLD & others. Reported below: 44 Mass. App. Ct. 243 (1998).

JOHN J. McCARTHY, JR. *vs.* ANN G. TOBIN; ROBERT DIMINICO & another, interveners. Reported below: 44 Mass. App. Ct. 274 (1998).

*Further appellate review denied:*

COMMONWEALTH *vs.* HERIBERTO ARRIAGA. Reported below: 44 Mass. App. Ct. 382 (1998).

COMMONWEALTH *vs.* ANTHONY HOLLOWAY. Reported below: 44 Mass. App. Ct. 469 (1998).

COMMONWEALTH *vs.* BRIAN P. McKENNA. Reported below: 44 Mass. App. Ct. 1116 (1998).

COMMONWEALTH *vs.* JUAN OQUENDO. Reported below: 44 Mass. App. Ct. 1117 (1998).

COMMONWEALTH *vs.* KENNETH N. PADGETT. Reported below: 44 Mass. App. Ct. 359 (1998).

COMMONWEALTH *vs.* RONALD PODGURSKI. Reported below: 44 Mass. App. Ct. 929 (1998).

ARLINE C. LEYLAND, administratrix, *vs.* PLYMOUTH & BROCKTON STREET RAILWAY Co. Reported below: 44 Mass. App. Ct. 427 (1998).


May 22, 1998

*Further appellate review denied:*

ADOPTION OF POLLY. Reported below: 44 Mass. App. Ct. 1118 (1998).

ADOPTION OF TONY. Reported below: 44 Mass. App. Ct. 1122 (1998).

Orders.

R. Gilbert Bergh, trustee, & others *vs.* Edward F. Hines, Jr., trustee, & another. Reported below: 44 Mass. App. Ct. 590 (1998).

Commonwealth *vs.* Melvin K. Coy. Reported below: 44 Mass. App. Ct. 1119 (1998).

Commonwealth *vs.* Earl B. Donahue. Reported below: 44 Mass. App. Ct. 1120 (1998).

Commonwealth *vs.* Reginald Evans. Reported below: 44 Mass. App. Ct. 1121 (1998).

Commonwealth *vs.* Michael Ferriabough. Reported below: 44 Mass. App. Ct. 1122 (1998).

Commonwealth *vs.* Robert E. Fortini, Third. Reported below: 44 Mass. App. Ct. 562 (1998).

Commonwealth *vs.* Dennis Hinds. Reported below: 44 Mass. App. Ct. 1123 (1998).

Commonwealth *vs.* Donald A. Jackson. Reported below: 44 Mass. App. Ct. 1124 (1998).

Commonwealth *vs.* Richard A. MacPhail. Reported below: 44 Mass. App. Ct. 1120 (1998).

Commonwealth *vs.* Rosanio Mantinez. Reported below: 44 Mass. App. Ct. 513 (1998).

Commonwealth *vs.* Gilbert Millan (and a companion case). Reported below: 44 Mass. App. Ct. 1121 (1998).

Commonwealth *vs.* Jerome O'Brien. Reported below: 44 Mass. App. Ct. 1119 (1998).

Commonwealth *vs.* Nathaniel Polite. Reported below: 44 Mass. App. Ct. 1123 (1998).

Commonwealth *vs.* Angel Rivera (and a companion case). Reported below as Commonwealth *vs.* Millan (and three companion cases): 44 Mass. App. Ct. 1121 (1998).

Commonwealth *vs.* Marcus Robinson. Reported below: 44 Mass. App. Ct. 1117 (1998).

Commonwealth *vs.* Derrick Sadberry. Reported below: 44 Mass. App. Ct. 934 (1998).

Commonwealth *vs.* Stephen Sarna. Reported below: 44 Mass. App. Ct. 1120 (1998).

Commonwealth *vs.* Gene Schofield. Reported below: 44 Mass. App. Ct. 1118 (1998).

Commonwealth *vs.* Gerald Spagnuolo. Reported below: 44 Mass. App. Ct. 1116 (1998).

Commonwealth *vs.* Robert E. Stoner. Reported below: 44 Mass. App. Ct. 1117 (1998).

Commonwealth *vs.* Vin Um. Reported below: 44 Mass. App. Ct. 1121 (1998).

Commonwealth *vs.* Joshua Wright. Reported below: 44 Mass. App. Ct. 1122 (1998).

James F. DeFuria, Jr., & others *vs.* Department of Correction & others. Reported below: 44 Mass. App. Ct. 1117 (1998).

Bernard Fruciano *vs.* Trevor Johnson. Reported below: 44 Mass. App. Ct. 1121 (1998).

Millard M. Kay *vs.* Energy Answers Corporation & others. Reported below: 44 Mass. App. Ct. 1120 (1998).

Nkenge Lynch *vs.* Stanley K. James. Reported below: 44 Mass. App. Ct. 448 (1998).

Kevin McMenamin *vs.* CSX Intermodal Motor Carrier Operations & another. Reported below: 44 Mass. App. Ct. 1119 (1998).

Pappas Properties, Inc. *vs.* Commissioner of the Department of Employment & Training. Reported below: 44 Mass. App. Ct. 1121 (1998).

Robert L. Putnam & others *vs.* Days Inn Burlington & another. Reported below: 44 Mass. App. Ct. 1120 (1998).

Taormina & Company, Inc. *vs.* Zurich. Reported below: 44 Mass. App. Ct. 1120 (1998).